UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20635-CR-LENARD/TURNOFF

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**RANDAL LANZAS,**

    Defendant.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 89) AND DENYING DEFENDANT'S MOTION TO SUPPRESS (D.E. 56)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 89), issued on December 23, 2010, recommending that Defendant Randal Lanzas's Motion to Suppress Photo Lineup and In-Court Identification (D.E. 56) be denied. Therein, the Parties were provided fourteen (14) days to file objections to the Report. To date, no objections have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 89), issued on December 23, 2010, is **ADOPTED**;

2. Defendant Randal Lanzas's Motion to Suppress Photo Lineup and In-Court Identification (D.E. 56) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of January, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**